Amanda M. Roberts, Esq.
State Bar of Nevada No. 9294
**ROBERTS STOFFEL FAMILY LAW GROUP**
4411 S. Pecos Road
Las Vegas, Nevada 89121
PH: (702) 474-7007
FAX (702) 474-7477
EMAIL: efile@lvfamilylaw.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERYL NICOLE FOSTER-HENRY, an individual; and DEONNE HENRY, an individual, <br><br> Plaintiffs, <br> v. <br><br> ARMY AND AIR FORCE EXCHANGE SERVICE, ANDREWS AND COMPANY, LLC, DEPARTMENT OF DEFENSE; UNITED STATE OF AMERICAN EX REL NELLIS AIR FORCE BASE, UNITED STATE OF AMERICA EX REL DEPARTMENT OF THE AIR FORCE, NELLIS AIR FORCE BASE EXCHANGE; ARMY AND AIR FORCE EXCHANGES SERVICES; DEPARTMENT OF DEFENSE. <br><br> Defendants. | Case No: 2:17-cv-01437 <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [FIRST REQUEST]** |

**IT IS HEREBY STIPULATED** that Plaintiffs' deadline to file a Response to Defendant Andrews and Company, LLC's Motion to Dismiss shall be extended from August 3, 2017 until August 11, 2017;

**IT IS FURTHER HEREBY STIPULATED** that this extension of time is being agreed upon in good faith and not for purposes of delay.

**IT IS FURTHER HEREBY STIPULATED** that Plaintiffs need additional time because other named Defendants, who have been served but who have not yet appeared in their case, possess information regarding their relationship with Defendant Andrews and Company, LLC which is relevant, and potentially dispositive, on the issues raised in Defendant Andrews and Company, LLC's Motion to Dismiss. As such, additional time is needed for the Plaintiffs to ascertain whether a Response to Defendant Andrews and Company, LLC's Motion to Dismiss is warranted or whether Plaintiffs will stipulate to voluntarily dismiss Defendant Andrews and Company from this action. The additional Defendants are Army and Air Force Exchange Service, Andrews And Company, LLC, Department Of Defense; United State Of American Ex Rel Nellis Air Force Base, United State Of America Ex Rel Department Of The Air Force, Nellis Air Force Base Exchange; Army And Air Force Exchanges Services; Department Of Defense.

Dated this __3rd__ Day of August, 2017          Dated this __3rd__ Day of August, 2017

**ROBERTS STOFFEL FAMILY LAW GROUP**                      **RAY LEGO AND ASSOCIATES**

By:___/s/Amanda Roberts, Esq._____          By: ___/s/ Jennifer Mullin Higgins, Esq._____
    Amanda M. Roberts, Esq.                                  Jennifer Mullin Higgins, Esq.
    Nevada State Bar No.: 9492                              Nevada State Bar No.: 7107
    4411 So. Pecos Road                                          7450 Arroyo Crossing Parkway, Suite 250
    Las Vegas, Nevada 89121                                  Las Vegas, Nevada 89113
    Attorney for Plaintiffs                                            Attorney for Defendants

## ORDER

BASED ON THE STIPULATIONS of the parties herein,

IT IS SO ORDERED.

Dated this __10th__ day of August, 2017,

_____
RICHARD F. BOULWARE, II
United States District Judge