AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Berly Nicole Foster-Henry, individually, and Deonne Henry, Individually. <br><br> _Plaintiff(s)_ <br><br> v. <br><br> Army and Air Force Exchange Services, Andrews and Company, LLC, Department of Defense; United States of American Ex Rel Nellis Air Force Base, United States of America Ex Rel Department of the A <br> _Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:17-cv-1437<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Army and Air Force Exchange Serives, Andrews and Company, LLC,  Department of Defense; United States of American Ex REL Nellis Air Force Base, United States of America Ex Rel Department of the Air Force; Army and Air Force Exchanges Services Department of Defense,  USAFWC/JA, 4428 England Avnue Bldg. 18, Nellis AFB. Nevada 89191; and Andrews and Company LLC,m Registered Agent CSC SErvices of Nevada 2215 B. Renaissance Drive, Las Vegas Nevada 89116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amanda M. Roberts, Esq. Roberts Stoffel Family Law Group , 4411 South Pecos Road, Las Vegas, Nevada 89121 (702) 474-7007,

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

_(By)_ DEPUTY CLERK

May 19, 2017

DATE

Case 2:17-cv-01437   Document 2   Filed 05/19/17   Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:17-cv-1437

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   June 29, 2017   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* In accordance with Federal Rule 4, (II) sending a copy of a Complaint and Summons by registered or certified mail to the civil process clerk of the Attorney General of the United States U.S. Department of Justice, 950 Pennsylvania Avenue NW., Washington DC 20530-0001

My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: 8/11/17

Attached hereto to is the Green Card for Service

Jennifer J. Souza,                    *Server's signature*
Paralegal to Amanda M. Roberts, Esq.

*Printed name and title*

4411 South Pecos Road, Las Vegas Nevada 89121

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C., 20530-0001

9590 9403 0583 5183 7366 80

2. Article Number *(Transfer from service label)*

7014 2120 0000 4189 2007

**COMPLETE THIS SECTION ON DELIV**

A. Signature

X _____        ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

JUL 2 7 2017

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053           Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 6.00 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Attorney General of the US
Street & Apt. No., 950 Pennsylvania
or PO Box No.
City, State, ZIP+4  Washington DC 20530

PS Form 3800, July 2014                See Reverse for Instructions