AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Berly Nicole Foster-Henry, individually, and Deonne Henry, Individually.<br><br>Plaintiff(s)<br>v.<br>Army and Air Force Exchange Services, Andrews and Company, LLC, Department of Defense; United States of American Ex Rel Nellis Air Force Base, United States of America Ex Rel Department of the A<br>Defendant(s) | Civil Action No. 2:17-cv-1437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Army and Air Force Exchange Serives, Andrews and Company, LLC, Department of Defense; United States of American Ex REL Nellis Air Force Base, United States of America Ex Rel Department of the Air Force; Army and Air Force Exchanges Services Department of Defense, USAFWC/JA, 4428 England Avnue Bldg. 18, Nellis AFB. Nevada 89191; and Andrews and Company LLC,m Registered Agent CSC SErvices of Nevada 2215 B. Renaissance Drive, Las Vegas Nevada 89116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amanda M. Roberts, Esq. Roberts Stoffel Family Law Group , 4411 South Pecos Road, Las Vegas, Nevada 89121 (702) 474-7007,

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By) DEPUTY CLERK*

May 19, 2017
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-1437

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* June 29, 2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: In accordance with Federal Rule 4 (II) sending a copy of the Complaint and Summons by registered or certified mail to the registered Agent CSC Services of Nevada, Inc., 2215 B Renaissance Drive, Las Vegas Nevada 89116 and by personal service on July 19, 2017. Defendant Andrews and Company.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/11/17

Attached is the Green Card for Service and the Affidavit of Service

*Server's signature*
Jennifer J. Souza, Paralegal to Amanda M. Roberts, Esq.

*Printed name and title*

4411 So. Pecos Road Las Vegas, Nevada 89121
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.40 | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | 6.00 | |
| Total Postage & Fees | $ 7.40 | |

Sent To: Andrews + Company
Street & Apt. No. or PO Box No. R/A CSC Service of NV
City, State, ZIP+4 2215 B Renaissance Dr. Las Vegas 89116

PS Form 3800, July 2014 — See Reverse for Instructions

7014 1874 0000 2120 4189 1963

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ANDREWS & COMPANY, NJ., LLC,
dba ANDREWS & COMPANY, LLC
Registered Agent CSC Services of Nevada, Inc.,
2215 B. Renaissance Drive
Las Vegas, Nevada 89116

9590 9403 0583 5183 7366 42

2. Article Number (Transfer from service label)
7014 2120 0000 4189 1963

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AOS

# DISTRICT COURT, CLARK COUNTY
# CLARK COUNTY, NEVADA

| | |
|---|---|
| BERYL NICOLE FOSTER-HENRY, AN INDIVIDUAL AND DEONNE HENRY AN INDIVIDUAL<br><br>vs<br><br>ARMY AND AIR FORCE EXCHANGE SERVICE; ET AL | Plaintiff<br><br><br>CASE NO: 2:17-CV-01437<br>HEARING DATE/TIME:<br>Defendant   DEPT NO: |

## AFFIDAVIT OF SERVICE

JACK RILEY R-045599 being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 17th day of July, 2017 and served the same on the 19th day of July, 2017, at 10:48 by:

serving the servee ANDREWS & COMPANY LLC, C/O REGISTERED AGENT CSC SERVICES OF NEVADA, INC. by personally delivering and leaving a copy at (address) 2215 - B RENAISSANCE DRIVE,, LAS VEGAS NEVADA 89119 with FRANCES GUTTIEREZ, pursuant to NRS 14,020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __19__ day of __Jul__, __2017__.

*Jack Riley* (signature)

**JACK RILEY R-045599**

Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89102 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP131123 FOST

Copyright © 2016 Junes Legal Service Inc. and Outside The Box