Amanda M. Roberts, Esq.
State Bar of Nevada No. 9294
**ROBERTS STOFFEL FAMILY LAW GROUP**
4411 S. Pecos Road
Las Vegas, Nevada 89121
PH: (702) 474-7007
FAX (702) 474-7477
EMAIL: efile@lvfamilylaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BERYL NICOLE FOSTER-HENRY, and DEONNE HENRY, an individually.<br><br>Plaintiff,<br><br>v.<br><br>ARMY AND AIR FORCE EXCHANGE SERVICE; ANDREWS & COMPANY, NJ., LLC, dba ANDREWS & COMPANY, LLC; DEPARTMENT OF DEFENSE; UNITED STATE OF AMERICAN EX REL NELLIS AIR FORCE BASE, UNITED STATE OF AMERICA EX REL DEPARTMENT OF THE AIR FORCE, NELLIS AIR FORCE BASE EXCHANGE; ARMY AND AIR FORCE EXCHANGES SERVICES; ANDREWS AND COMPANY, LLC; DEPARTMENT OF DEFENSE.<br><br>Defendants. | CASE NO.: 2:17-cv-01437-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>(First Request) |

Plaintiffs and the United States stipulate to, and request an order approving, an extension of discovery deadlines as, and for the reasons set forth below.[1] This is the first request for an extension of discovery deadlines.

---

[1] Andrews and Company has been dismissed. *See* ECF No. 12. The United States is the proper defendant in a lawsuit filed under the Federal Tort Claims Act. *See Corey v. McNamara*, 409 F. Supp. 2d 1225, 1228-29 (D. Nev. 2006) (citations omitted), *aff'd*, 265 Fed. Appx. 555, No. 06-15649, 2008 WL 205508 (9th Cir. Jan. 24, 2008).

-1-

Without any adverse waiver or admission as to claims, defenses, or positions, the parties advise that this case arises out of an incident on July 1, 2014, in which Plaintiff Beryl Nicole Foster-Henry alleges that she slipped and fell on a slippery substance on the floor of the food court at Nellis Air Force Base.

**Discovery Completed**

In connection with the Rule 26(f) conference, the parties served their respective initial disclosures of documents and witnesses.

Defendant has been in the process of collecting medical records pursuant to a HIPAA authorization provided by Plaintiff Beryl Nicole Foster-Henry.

Plaintiff Beryl Nicole Foster-Henry served a first set of written discovery requests on January 12, 2018.

**Discovery That Remains to be Completed:**

Written discovery and depositions remain.

Expert disclosures remain.

**Reasons Why Remaining Discovery Was Not Completed, and Otherwise the Good Cause for the Requested Extension:**

Defense Counsel will be out of the office for several days in the near future for personal/medical reasons.  Defense Counsel would likely need an extension of the deadline for defense expert disclosures (as well as to respond to Plaintiff's written discovery requests). Rather than seeking a unilateral extension after Plaintiff served any expert disclosures (on the existing deadline of January 25, 2018), Defense Counsel recently contacted Plaintiff's Counsel about extending Plaintiff's expert disclosure deadline as well.  As a result, this request is submitted more than twenty-one days before every existing deadline except that for Plaintiff's expert disclosures.

**Proposed Schedule for Completing Remaining Discovery:**

| Event: | Extend From: | To: |
| --- | --- | --- |
| Plaintiff's Expert Disclosures | January 25, 2018 | March 26, 2018 |
| Defendant's Expert Disclosures | February 24, 2018 | April 27, 2018 |

| | | |
|---|---|---|
| Plaintiff's Rebuttal Expert Disclosures | March 26, 2018 | May 27, 2018 |
| Discovery Cut Off | April 25, 2018 | June 24, 2018 |
| Dispositive Motions | May 25, 2018 | July 24, 2018 |
| Joint Pretrial Order | June 24, 2018 | August 24, 2018[2] |

This stipulated request is submitted for the reasons explained above, in good faith, and not for purposes of undue delay.

Dated this 24th day of January 2018.

**ROBERTS STOFFEL**  **DAYLE ELIESON**
**FAMILY LAW GROUP**  **UNITED STATES ATTORNEY**


 /S/ Amanda M. Roberts, Esq.      ___/S/ Patrick A. Rose, Esq. _____
Amanda M. Roberts, Esq.           Patrick A. Rose, Esq.
State Bar of Nevada No. 9294      Assistant United States Attorney
4411 S. Pecos Road                State Bar of Nevada No.: 5109
Las Vegas, Nevada 89121           501 Las Vegas Boulevard, South Suite 1100
PH: (702) 474-7007                Las Vegas Nevada 98101
FAX (702) 474-7477                PH: 702-388-6336
EMAIL: efile@lvfamilylaw.com      EMAIL: Patrick.rose@usdoj.gov
Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 2, 2018

---

[2] However, if dispositive motions are filed, the Joint Pretrial Order will be due thirty days after the rulings on such dispositive motions.