Amanda M. Roberts, Esq.
State Bar of Nevada No. 9294
**ROBERTS STOFFEL FAMILY LAW GROUP**
4411 S. Pecos Road
Las Vegas, Nevada 89121
PH: (702) 474-7007
FAX (702) 474-7477
EMAIL: efile@lvfamilylaw.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERYL NICOLE FOSTER-HENRY, an individual; and DEONNE HENRY, an individual,<br><br>　　　　Plaintiffs,<br>v.<br><br>ARMY AND AIR FORCE EXCHANGE SERVICE, ANDREWS AND COMPANY, LLC, DEPARTMENT OF DEFENSE; UNITED STATE OF AMERICAN EX REL NELLIS AIR FORCE BASE, UNITED STATE OF AMERICA EX REL DEPARTMENT OF THE AIR FORCE, NELLIS AIR FORCE BASE EXCHANGE; ARMY AND AIR FORCE EXCHANGES SERVICES; DEPARTMENT OF DEFENSE.<br><br>　　　　Defendants. | Case No: 2:17-cv-01437<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE MEDICAL EXPERTS AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AGAINST DEONNE HENRY AND TO CONTINUE THE HEARING PRESENTLY SCHEDULED FOR AUGUST 28, 2018 FOR THIRTY (30) DAYS [FIRST REQUESTED TIME EXTENSION]** |

**IT IS HEREBY STIPULATED** that Plaintiffs deadline to file a Response to Defendant's Motion To Strike Medical Experts from August 7, 2018 until September 5, 2018; and Defendant's Motion For Summary Judgment Against Deonne Henry And Defendant's Motion For Summary Judgment Against Deonne Henry from August 14, 2018 until September 12, 2018;

**IT IS FURTHER HEREBY STIPULATED** that the Motions hearing presently scheduled for August 28, 2018, shall be continued to September 26, 2018, or as soon as the Court

Page 1 of 2

is available thereafter.  However, Defendant's Counsel is unavailable on October 1, 2018 through October 2, 2018.

**IT IS FURTHER HEREBY STIPULATED** that this extension of time is being agreed upon in good faith and not for purposes of delay.

**IT IS FURTHER HEREBY STIPULATED** that the additional time is needed because the Parties are in the process of discussing a possible settlement.

Dated this __8th__ day of August, 2018 .                    Dated this __8th__ day of August, 2018.

**ROBERTS STOFFEL FAMILY LAW GROUP**                    **UNITED STATES ATTORNEY**

By: /s/ Amanda M. Roberts, Esq.                    By: /s/ Patrick A. Rose, Esq.
    Amanda M. Roberts, Esq.                        Patrick A. Rose, Esq.
    Nevada State Bar No.: 9492                        Nevada State Bar No.: 5109
    4411 So. Pecos Road                        501 Las Vegas Boulevard, Suite 1100
    Las Vegas, Nevada 89121                        Las Vegas, Nevada 89101
    Attorney for Plaintiffs                        Attorney for Defendants

## ORDER

BASED ON THE STIPULATIONS of the parties herein,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the hearing on the Motion to Strike (ECF No. 19) set for August 28, 2018, is CONTINUED to 9:00 a.m., October 23, 2018.

UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of August, 2018.