Amanda M. Roberts, Esq.
State Bar of Nevada No. 9294
**ROBERTS STOFFEL FAMILY LAW GROUP**
4411 S. Pecos Road
Las Vegas, Nevada 89121
PH: (702) 474-7007
FAX (702) 474-7477
EMAIL: efile@lvfamilylaw.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERYL NICOLE FOSTER-HENRY, an individual; and DEONNE HENRY, an individual,<br><br>Plaintiffs,<br>v.<br><br>ARMY AND AIR FORCE EXCHANGE SERVICE, ANDREWS AND COMPANY, LLC, DEPARTMENT OF DEFENSE; UNITED STATE OF AMERICAN EX REL NELLIS AIR FORCE BASE, UNITED STATE OF AMERICA EX REL DEPARTMENT OF THE AIR FORCE, NELLIS AIR FORCE BASE EXCHANGE; ARMY AND AIR FORCE EXCHANGES SERVICES; DEPARTMENT OF DEFENSE.<br><br>Defendants. | Case No: 2:17-cv-01437<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE MEDICAL EXPERTS AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AGAINST DEONNE HENRY AND TO CONTINUE THE HEARING PRESENTLY SCHEDULED FOR OCTOBER 23, 2018 FOR THIRTY (30) DAYS [SECOND REQUESTED TIME EXTENSION]** |

 Plaintiffs and the United States stipulate to, and request an order approving, an extension of time for the Plaintiffs to file their Response to the Defendants' pending Motions to Strike Medical Experts with Exhibits and Defendants' Motion for Summary Judgment, and the hearing presently scheduled on October 23, 2018, for the reasons set forth below. Without any adverse waiver or admission as to claims, defenses, or positions, the parties advise that this case arises out of an incident on July 1, 2014, in which Plaintiff Beryl Nicole Foster-Henry alleges that she slipped and fell on a slippery substance on the floor of the food court at Nellis Air Force Base.

The parties request these extensions because they are scheduled to attend mediation on December 18, 2018 in effort to fully resolve the case.

IT IS HEREBY STIPULATED Plaintiffs' deadline to file a Response to Defendants' Motion to Strike Medical Experts shall be extended from September 5, 2018 until January 4, 2019;

IT IS FURTHER HEREBY STIPULATED that Plaintiffs' deadline to file a Response to Defendants' Motion to Strike Medical Experts and Motion for Summary Judgment Against Plaintiff Deonne Henry shall be extended from September 12, 2018 until January 4, 2019;

IT IS FURTHER HEREBY STIPULATED that Defendant's reply briefs shall be due January 11, 2019

IT IS FURTHER HEREBY STIPULATED that the Motions hearing presently scheduled for October 23, 2018, shall be continued to sometime after the January 7, 2009 filing of Defendant's reply briefs;

IT IS FURTHER HEREBY STIPULATED that the briefing deadlines above shall be vacated in the event the parties file a joint notice of settlement;

IT IS FURTHER HEREBY STIPULATED that this extension of time is being agreed upon in good faith and not for purposes of delay.

Dated this 22nd Day of October 2018.   Dated this 22nd Day of October 2018.

By: /a/ Amanda M. Roberts
    Amanda M. Roberts, Esq.
    Nevada State Bar No.: 9492
    4411 So. Pecos Road
    Las Vegas, Nevada 89121
    PH: (702) 474-7007
    FAX: (702 474-7477
    EMAIL : efiling@lvfamilylaw.com
    Attorney for Plaintiffs

By: /s/ Patrick A. Rose
    Patrick A. Rose, Esq.
    Nevada State Bar No.: 5109
    501 Las Vegas Boulevard South Suite 1100
    Las Vegas, Nevada 89113
    PH: (702) 388-6336
    EMAIL: Patrick.rose@usdoj.gov
    Attorney for Defendants

## ORDER

BASED ON THE STIPULATIONS of the parties herein,
**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that <u>no further extensions will be allowed.</u>

Dated this 23 day of October 2018, _____
                                         United States Magistrate Judge