NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
PATRICK A. ROSE
Nevada Bar No. 5109
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
patrick.rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BERYL NICOLE FOSTER-HENRY, an individual; and DEONNE HENRY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ARMY AND AIR FORCE EXCHANGE SERVICE, *et al.*, <br><br> Defendants. | 2:17-cv-01437-RFB-PAL <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Dated this 15th day of March 2019.

| ROBERTS STOFFEL FAMILY LAW GROUP | NICHOLAS A. TRUTANICH United States Attorney |
|---|---|
| */s/ Amanda M. Roberts* <br> AMANDA M. ROBERTS <br> 4411 S. Pecos Road <br> Las Vegas, Nevada 89121 <br><br> *Attorneys for Plaintiffs* | */s/ Patrick A. Rose* <br> PATRICK A. ROSE <br> Assistant United States Attorney <br><br> *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of March, 2019.